UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTONIO HARRISON BAKER,<br><br>Defendant. | 4:24-CR-40129-RAL<br><br>ORDER |

    Counsel for Defendant Antonio Harrison Baker has requested the court direct the United States Marshals Service to arrange for the noncustodial transportation of defendant or furnish the fare for such transportation, plus subsistence expenses, for defendant to travel from his home in Chicago, Illinois, to Sioux Falls, South Dakota, for his change of plea hearing in this matter.  Good cause appearing, it is hereby

    ORDERED that Defendant's Motion for Non-Custodial Transportation and Subsistence Expenses (Doc. 38) is GRANTED.  Pursuant to 18 U.S.C. § 4285, the United States Marshals Service shall provide non-custodial transportation or furnish the fare for transportation, plus subsistence expenses, for defendant from Chicago, Illinois, to Sioux Falls, South Dakota, for his change of plea hearing on January 20, 2026 at 10 a.m.

    DATED this 2nd day of January, 2026.

BY THE COURT:

VERONICA L. DUFFY
United States Magistrate Judge